```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ELLEN V. ENDRIZZI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2716
```



**FILED**

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEIZURE OF ) <br> ) <br> 50,000 SHARES OF BROOKSTONE ) <br> CAPITAL, INC. COMMON STOCK, ) <br> IN THE NAME OF JUSTIN WILEY ) <br> ) <br> ) <br> _____ ) | No. 2:07-SW-01 GGH <br><br> **APPLICATION TO UNSEAL SEIZURE WARRANT AND ITS SUPPORTING DOCUMENTS IN REDACTED FORM** <br> AND [~~proposed~~] ORDER |

On January 4, 2007, the Honorable Gregorgy G. Hollows issued seizure warrant number 2:07-SW-01 GGH and sealed it and its supporting documents until further order of the Court. Recently, a federal grand jury issued two indictments relating to this matter, case numbers 2:08-cr-93 FCD and 2:08-cr-116 LKK. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

However, because the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant contains sensitive financial and victim information, the United States requests that this Court order the Clerk to file publicly a redacted version of the affidavit, which the

///
///

1

1  United States will provide to the Clerk forthwith.
2  Dated: March 24, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: *[signature]*
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

### O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion To Unseal the documents filed in case number 2:07-SW-01 GGH is GRANTED.

IT IS FURTHER ORDERED that, when making these documents available to the public, the Clerk of the Court must substitute the redacted version of the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant, as provided by the United States, for the original affidavit.

DATED: March 24, 2008

*[signature]*
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

2